RECEIVED APR 1 2 2023

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF IDAHO

Robert Valenzuela

Plaintiff(s):

vs.

Battelle Energy Alliance, LLC, et al.

Defendant(s):

**DECLARATION OF SERVICE**

Case Number: 4:23-cv-00032-DCN

For:
Casperson Ulrich Dustin PLLC
356 W. Sunnyside Rd., Ste. B
Idaho Falls, ID 83402

Received by Tri-County Process Serving LLC on April 3, 2023 to be served on **BATTELLE ENERGY ALLIANCE, LLC**.

**I, Kasey L. Vink, state that on Wednesday, April 5, 2023, at 12:50 PM**, I served the within named **Battelle Energy Alliance, LLC** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial** to Nicole Fruh of CT Corporation System, Registered Agent for Battelle Energy Alliance, LLC, a person authorized to accept service on behalf of Battelle Energy Alliance, LLC. Said service was effected at **1555 W. Shoreline Dr., Ste. 100, Boise, ID 83702**.

Approximate description of Nicole Fruh
White Female 34 years old, 5' 5" Tall, 170 lbs, Brown Hair, Brown eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 202098
Client Reference: DeAnne Casperson

Monday, April 10, 2023

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

_Kasey Vink_
**KASEY VINK**